EDNA A. RALPH, Respondent, *v.* EDITH S. CRONK, as Administratrix of the Estate of ADELBERT D. CRONK, Deceased, Appellant.

(Submitted November 20, 1934; decided December 4, 1934.)

*William H. Means* for appellant.

*Franklin R. Brown* and *Mark N. Turner* for respondent.

Order affirmed, with costs, and questions certified answered in the negative. *Held*, that the 1933 amendment to section 31 of the Personal Property Law is not to be given a retroactive construction so as to apply it to contracts existing at the date of its passage. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.